# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * *  *
WHITWELL PROPERTIES, LTD,       *
                                *
                    Plaintiff,  *
            v.                  *
                                *   No. 16-677C
UNITED STATES,                  *   Filed: June 2, 2017
                                *
                    Defendant.  *
* * * * * * * * * * * * * * *  *
```

### O R D E R

The court is in receipt of the parties' June 2, 2017 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2016), this court **ORDERS** that this case be **DISMISSED** with prejudice, with each party to bear its own costs.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
         **Judge**